## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. RDB-09-0660 |
| : | |
| KEVIN DORSEY, : | |
| RODNEY LOCKETT : | |
| and : | |
| JOSETTA HILL : | |
| : | |

...oOo...

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed herein the United States Attorney for the District of Maryland hereby dismisses without prejudice all Indictments pending against the defendants in the above captioned case.

Rod J. Rosenstein
United States Attorney

By: ___/s/_____
    Traci L. Robinson
    Special Assistant United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal.


_____                          _____
Date                                    Richard D. Bennett
                                        United States District Judge




cc:         U.S. Marshals Service